COUNTY OF BROOME, Appellant, *v.* BENJAMIN R. MCKUNE et al., Respondents.

Submitted October 6, 1944; decided November 16, 1944.

*Charles P. O'Brien, County Attorney,* for appellant.
*Thomas J. Mangan* for respondents.
Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY and DESMOND, JJ. THACHER, J., dissents on the ground that any allowance of consequential damages for trees within the highway limits was improper in this case because of the right

of the State to remove these trees for highway purposes at any time without compensation.